UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> v. <br> **JUANCHO TANGO ANDRES**, <br> Defendant. | Case No. 13-cr-00482-YGR-2 <br><br> **ORDER FOR COMPETENCY EXAMINATION** |

On May 25, 2015, this Court ordered that defendant Juancho Tango Andres undergo a mental competency examination. Thereafter, the parties met and conferred and reached a stipulation with respect to the examining expert.

Accordingly, pursuant to Title 18 U.S.C. §§ 4241(b) and 4247(b) and (c), the Court hereby appoints John M. Shields, Ph.D., ABPP (i) to perform a psychological evaluation of defendant Juancho Tango Andres with respect to his mental competence to understand the nature and consequences of the proceedings against him and (ii) to prepare and file a report regarding the same in compliance with Title 18 U.S.C. § 4241(c). The original of the report shall be provided to the Court with a copy to each of the parties.

A status conference is hereby scheduled for August 27, 2015 at 3:00 p.m. in the Federal Courthouse located at 1301 Clay Street, Oakland, California, in Courtroom 1 for the setting of a hearing pursuant to Title 18 U.S.C. § 4247(d). The report shall be completed and distributed no less than seven days prior. The current conference scheduled for June 11, 2015 is vacated.

**IT IS SO ORDERED.**

Dated: June 4, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**