Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
JUANCHO TANGO ANDRES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-13-0482-YGR |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| v. ) | |
| JUANCHO TANGO ANDRES, ) | |
| Defendant. ) | |

The parties were to have given this Court a status report on defendant, JUANCHO TANGO ANDRES (ANDRES), on July 7, 2016. He was to have been evaluated by Dr. John Shields. Dr. Shields' first available date to do an interview with ANDRES, however, is July 11, 2016. ANDRES has left the New Bridge Foundation and is living at Options Recovery Services, a transitional sober living house associated with the Foundation located at 861 37th Avenue, Oakland, California 94608. It is expected that he will visit Dr. Shields at his office in San Francisco at the first available appointment time.

Upon the request of the defendant, JUANCHO TANGO ANDRES, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States, and good cause appearing because the matter is scheduled for a status hearing on July 14, 2016, before the Hon. Yvonne G. Rogers, and the defendant has been transitioned out of the New Bridge Foundation to Options Recovery Services and still has been unable to visit Dr. John Shields until now,

1  The status hearing presently scheduled for July 14, 2016, is hereby continued four weeks
2 to August 11, 2016 at 2:00 in the afternoon. The status report will be filed on August 4, 2016.
3  Dated: July 7, 2016

4 /s/
GEORGE C. BOISSEAU

Attorney for Defendant
JUANCHO TANGO ANDRES

7  IT IS SO STIPULATED.
8  Dated: July 7, 2016

9 /s/
THOMAS MOORE
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered the status hearing presently scheduled for July 14, 2016, is hereby continued four weeks to August 11, 2016 at 2:00 in the afternoon. The status report will be filed on August 4, 2016.

IT IS SO ORDERED.

Dated: July 13, 2016

HON. YVONNE GONZALEZ RODGERS
United States District Judge
Northern District of California